1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  ALEXIS JAMES (NYBN 5603865)
   ANDREW M. SCOBLE (CABN 124940)
5  JONAH P. ROSS (CABN 305076)
   WENDY M. GARBERS (CABN 213208)
6  Assistant United States Attorneys

7     1301 Clay Street, Suite 340S
      Oakland, California 94612
8     Telephone: (415) 436-7196
      FAX: (510) 637-3724
9     Email: alexis.james@usdoj.gov
             andrew.scoble@usdoj.gov
10            jonah.ross@usdoj.gov

11 Attorneys for United States of America

**FILED**

OCT 3 1 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>MARVIN BONILLA,<br>    a/k/a "Malandro,"<br>EDWIN CANO-MERIDA,<br>    a/k/a "Zombie,"<br>CESAR ROLANDO LUCAS-PABLO,<br>    a/k/a "Lobo,"<br>WALFER MENDOZA-MENDOZA,<br>    a/k/a "Shorty,"<br>GONZALO PABLO,<br>    a/k/a "Chalo,"<br>JERONIMO "ORLANDO" PABLO-<br>CARRILLO,<br>    a/k/a "Paisano,"<br>MARIO PABLO-MATIAS,<br>    a/k/a "Chuco,"<br>RAYMUNDO PABLO-MATIAS,<br>    a/k/a "El Moch,"<br>CARLOS RAMIRO-MENDOZA,<br>    a/k/a "Minch,"<br><br>    Defendants. | NO.: 25-cr-0332 HSG<br><br>MOTION TO UNSEAL AND [PROPOSED[<br>ORDER<br><br>**UNDER SEAL** |

MOTION FOR SEALING ORDER                     1                              v. 2/22/2020

The United States, by and through its counsel, Assistant United States Attorney Alexis James, moves this Court for an order unsealing the above-referenced case in entirety, except docket entry number 13, as described in court on October 30, 2025. Several of the defendants have been arrested and are in federal custody, thus disclosure of the case is no longer likely to jeopardize the investigation or impending arrests.

Accordingly, the United States requests that the Court unseal the entire case, except docket entry number 13.

DATED: October 31, 2025

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

/s/
Alexis James
Assistant United States Attorney

```
 1  CRAIG H. MISSAKIAN (CABN 125202)
    United States Attorney
 2
    MARTHA BOERSCH (CABN 126569)
 3  Chief, Criminal Division

 4  ALEXIS JAMES (NYBN 5603865)
    ANDREW M. SCOBLE (CABN 124940)
 5  JONAH P. ROSS (CABN 305076)
    WENDY M. GARBERS (CABN 213208)
 6  Assistant United States Attorneys

 7      1301 Clay Street, Suite 340S
        Oakland, California 94612
 8      Telephone: (415) 436-7196
        FAX: (510) 637-3724
 9      Email: alexis.james@usdoj.gov
               andrew.scoble@usdoj.gov
10             jonah.ross@usdoj.gov

11  Attorneys for United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) NO.: 25-cr-0332 HSG |
|---|---|
| Plaintiff, | ) [PROPOSED] SEALING ORDER |
| v. | ) **UNDER SEAL** |
| MARVIN BONILLA, a/k/a "Malandro," EDWIN CANO-MERIDA, a/k/a "Zombie," CESAR ROLANDO LUCAS-PABLO, a/k/a "Lobo," WALFER MENDOZA-MENDOZA, a/k/a "Shorty," GONZALO PABLO, a/k/a "Chalo," JERONIMO "ORLANDO" PABLO-CARRILLO, a/k/a "Paisano," MARIO PABLO-MATIAS, a/k/a "Chuco," RAYMUNDO PABLO-MATIAS, a/k/a "El Moch," CARLOS RAMIRO-MENDOZA, a/k/a "Minch," Defendants. | ) |

[PROPOSED] SEALING ORDER           1           v. 2/22/2020

Upon motion of the United States and good cause having been shown, IT IS HEREBY ORDERED that the government's application for an unsealing order, in the above-referenced case, shall be GRANTED.

The entirety of the case shall be unsealed, except for docket entry number 13 for reasons described on the record on October 30, 2025.

IT IS SO ORDERED.

DATED: 10/31/25

HON. DONNA M. RYU
United States Magistrate Judge